# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** May 24, 2021

**CASE OF:** In Re: Amendments to the Code of Judicial Conduct; the Florida Rules for Certified and Court-Appointed Mediators; the Florida Rules of Civil Procedure; the Florida Rules of Juvenile Procedure; and the Florida Family Law Rules of Procedure—Senior Judges Serving as Mediators, Arbitrators, or Voluntary Trial Resolution Judges.

**DOCKET NO.:** SC21-737      **OPINION FILED:** May 21, 2021

### ATTENTION:  ALL PUBLISHERS

**THE FOLLOWING CORRECTIONS HAVE BEEN MADE IN THE ABOVE OPINION:**

On page 1, in the case style, "THE FLORIDA RULES OF GENERAL PRACTICE AND JUDICIAL ADMINISTRATION;" was deleted.

On page 1, lines 3-4, "the Florida Rules of General Practice and Judicial Administration;" was deleted.

On page 4, lines 14-15, "the Florida Rules of General Practice and Judicial Administration;" was deleted.

On page 5, last line, "the Florida Rules of General Practice and Judicial Administration;" was deleted.

**SIGNED:  OPINION CLERK**